

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

---

No. 07-23-00431-CV

---

CHARLES BRICE CHAPMAN, APPELLANT

V.

CHRISTINA CHAPMAN, APPELLEE

---

On Appeal from the 72nd District Court
Lubbock County, Texas
Trial Court No. DC-2023-CV-0064, Honorable Kelly G. Moore, Presiding

---

December 19, 2023

## MEMORANDUM OPINION

Before PARKER and DOSS and YARBROUGH, JJ.

Appellant, Charles Brice Chapman, filed a notice of appeal from the trial court's *Order on Motions for Summary Judgment and Order of Dismissal of Case* without paying the requisite filing fee. By letter of November 16, 2023, the Clerk of this Court notified Appellant that the filing fee was overdue and that unless he was excused from paying court costs under Rule of Appellate Procedure 20.1, failure to pay the filing fee by November 27 would result in dismissal of the appeal. To date, Appellant has neither paid the filing fee nor sought leave to proceed without payment of court costs.

Because Appellant has failed to comply with a requirement of the appellate rules and a notice from the Clerk requiring action within a specified time, we dismiss the appeal. *See* Tex. R. App. P. 25.1(b), 42.3(c).

Per Curiam